May 8, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JILES DANIELS, Appellant

NO. 14-10-00115-CV                    V.

EMPTY EYE, INC., EMPTY EYE & ASSOCIATES, L.P., AND JUDITH DANIELS,
Appellees

_____

This cause, an appeal from the judgment signed December 4, 2009 in favor of appellees Empty Eye, Inc., Empty Eye & Associates, L.P, and Judith Daniels, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below as follows:

1.      We **REVERSE** those portions of the judgment in which the trial court (a) awarded Empty Eye, Inc. and Judith Daniels $173,334.56 for Jiles Daniels's failure to comply with the Limited Partnership Agreement of Empty Eye & Associates, L.P.; (b) awarded Empty Eye, Inc., Empty Eye & Associates, L.P., and Judith Daniels $160,837.14 for attorneys' fees through entry of judgment; (c) conditionally awarded Empty Eye, Inc., Empty Eye & Associates, L.P., and Judith Daniels additional attorneys' fees in the event that Jiles Daniels unsuccessfully appealed the judgment; and (d) awarded pre- or post-judgment interest on any of these amounts.

2.      We **AFFIRM** the judgment of the court below except as modified in this judgment; that is, we affirm the portions of the judgment in which the trial court (a) awarded Empty Eye & Associates, L.P. $171,601.21 for Jiles Daniels's failure to comply with his fiduciary duty to Empty Eye & Associates, L.P.; (b) awarded Empty Eye & Associates, L.P. pre-judgment interest on this amount at the rate of 5% per annum commencing January 1, 2008 through December 3, 2009; and (c) awarded Empty Eye & Associates, L.P. post-judgment interest on this amount at the rate of 5% per annum from December 4, 2009 until paid.

We order appellant Jiles Daniels to pay all costs incurred in this appeal.  We further order this decision certified below for observance.